UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO,<br><br>    Plaintiff,<br><br>    v.<br><br>SUPERIOR COURT STATE OF CALIFORNIA, et al,<br><br>    Defendants. | Case No.: C 10-4228 PVT<br><br>**ORDER REFERRING CASE TO DISTRICT JUDGE JEREMY FOGEL FOR CONSIDERATION OF WHETHER CASE IS RELATED TO CASE NOS. C05-02200 JF, C05-2200 JF, C08-4900 JF, C08-5103 JF, AND/OR C09-1441 JF** |

It has come to the court's attention that this case may be related to one or more of the following earlier-filed cases pending before Judge Jeremy Fogel:

*Vo v. San Jose Police Department, et al.*, Case No. C05-2200 JF
*Vo v. Superior Court of Santa Clara County, State of California*, Case No. C5:c-049 0-JF
*Vo v. State Of Californiam et al.*, Case No. C08-5103 JF
*Vo v. San Jose Police Department*, et al., Case No. C09-1441 JF

Thus, it is appropriate to consider whether this case is "related" to any of the above cases such that they should be assigned to the same judge. *See* Civil L.R. 3-12(c). Therefore,

IT IS HEREBY ORDERED that this case is referred to Judge Fogel for consideration of whether this case is related to any of the earlier filed case pending before him.

Dated:  *9/24/10*

_____
PATRICIA V. TRUMBULL
United States Magistrate Judge

ORDER, *page 1*

1
2 | copies mailed on     *9/24/10*            to:
3 | Dong Thanh Vo
Post Office Box 24
4 | San Jose, CA 95103

                                                 */s/ Donna Kirchner*
OSCAR RIVERA
Courtroom Deputy