**E-Filed 9/22/2011**

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO, <br><br> Plaintiff, <br><br> v. <br><br> SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY, <br><br> Defendant. | Case Number 5:10-cv-04228-JF (HRL) <br><br> ORDER DENYING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL <br><br> [re: dkt entries 2, 8 ] |

Plaintiff requests leave to proceed in this action *in forma pauperis* and moves for an appointment of counsel.

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny *in forma pauperis* status, however, if it appears from the face of the proposed complaint that the action is frivolous or without merit. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).

In exceptional circumstances, the Court has discretion to request counsel to provide *pro bono* representation to a plaintiff proceeding *in forma pauperis*. *See Terrell v. Brewer*, 935 F.2d

1015, 1017 (9th Cir. 1991).  A finding of exceptional circumstances requires an evaluation of (1) the likelihood that the plaintiff's claims will succeed on the merits and (2) the ability of the plaintiff to articulate [his her] claims *pro se* in light of the complexity of the legal issues involved.  *See id.*

      As presently drafted, the complaint appears to be without merit in that it fails to set forth a cognizable claim.  Accordingly, Plaintiff's request for leave to proceed *in forma pauperis* and motion for appointment of counsel are DENIED.

      IT IS SO ORDERED.

DATED: 9/22/2011

                                                    JEREMY FOGEL
                                                    United States District Judge

2

1
2
3
4
5
6
7

8                    **IN THE UNITED STATES DISTRICT COURT**

9                    **FOR THE NORTHERN DISTRICT OF CALIFORNIA**

10                                      **SAN JOSE DIVISION**

11

| | |
|---|---|
| DONG THANH VO, | Case Number 5:10-cv-04228-JF (HRL) |
| Plaintiff, | |
| v. | CERTIFICATE OF SERVICE |
| SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY, | |
| Defendant. | |

    I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

    On Thursday, September 22, 2011, I served a true and correct copy of the attached document on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Dong Thanh Vo
Post Office Box 24
San Jose, CA 95103

DATED:  9/22/11                          For the Court
                                         Richard W. Weiking, Clerk

                                         By:  _____/s/_____
                                         Snooki Puli

3

Case No. 5:10-cv-04228-JF (HRL)
ORDER DENYING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL
(JFLC2)