**E-Filed 9/22/2011**

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| DONG THANH VO, | Case Number 5:10-cv-04228-JF (HRL) |
| Plaintiff, | ORDER DENYING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL |
| v. | |
| SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY, | |
| Defendant. | [re: dkt entries 2, 8 ] |

Plaintiff requests leave to proceed in this action *in forma pauperis* and moves for an appointment of counsel.

Pursuant to 28 U.S.C. § 1915, a district court may authorize the commencement of a civil action *in forma pauperis* if the court is satisfied that the would-be plaintiff cannot pay the filing fees necessary to pursue the action. 28 U.S.C. § 1915(a)(1). The court may deny *in forma pauperis* status, however, if it appears from the face of the proposed complaint that the action is frivolous or without merit. *O'Loughlin v. Doe*, 920 F.2d 614, 616 (9th Cir. 1990); *Tripati v. First National Bank & Trust*, 821 F.2d 1368, 1370 (9th Cir. 1987).

In exceptional circumstances, the Court has discretion to request counsel to provide *pro bono* representation to a plaintiff proceeding *in forma pauperis*. *See Terrell v. Brewer*, 935 F.2d

1  1015, 1017 (9th Cir. 1991).  A finding of exceptional circumstances requires an evaluation of (1)
2  the likelihood that the plaintiff's claims will succeed on the merits and (2) the ability of the
3  plaintiff to articulate [his her] claims *pro se* in light of the complexity of the legal issues
4  involved.  *See id.*
5         As presently drafted, the complaint appears to be without merit in that it fails to set forth
6  a cognizable claim.  Accordingly, Plaintiff's request for leave to proceed *in forma pauperis* and
7  motion for appointment of counsel are DENIED.
8         IT IS SO ORDERED.

10  DATED:  9/22/2011
11                                         JEREMY FOGEL
                                            United States District Judge

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN JOSE DIVISION**

| | |
|---|---|
| DONG THANH VO,<br><br>                Plaintiff,<br><br>        v.<br><br>SUPERIOR COURT OF CALIFORNIA, SANTA CLARA COUNTY,<br><br>                Defendant. | Case Number 5:10-cv-04228-JF (HRL)<br><br>CERTIFICATE OF SERVICE |

     I, the undersigned, hereby certify that I am an employee of the Office of the Clerk, United States District Court, Northern District of California.

     On Thursday, September 22, 2011, I served a true and correct copy of the attached document on each of the persons hereinafter listed by placing said copy in a postage paid envelope and depositing said envelope in the United States mail, or by placing said envelope in the outgoing mail delivery receptacle located in the Clerk's Office:

Dong Thanh Vo
Post Office Box 24
San Jose, CA 95103

DATED:  9/22/11

For the Court
Richard W.  Weiking, Clerk

By: _____/s/_____
Snooki Puli

3

Case No. 5:10-cv-04228-JF (HRL)
ORDER DENYING PLAINTIFF'S MOTIONS TO PROCEED IN FORMA PAUPERIS AND FOR APPOINTMENT OF COUNSEL
(JFLC2)