IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONG THANH VO,

    Plaintiff,

v.

SUPERIOR COURT STATE OF CALIFORNIA, et al.,

    Defendants.

No. C 10-04228 JSW

**ORDER OF DISMISSAL**

On September 22, 2011, the Court denied Plaintiff's request to proceed *in forma pauperis* and noted that the complaint fails to set forth a cognizable claim. Since that date, Plaintiff has not paid any filing fees or amended his complaint to state a cognizable claim. Accordingly, the Court HEREBY DISMISSES this action. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 10, 2013

JEFFREY S. WHITE
UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONG THANH VO,<br><br>    Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT STATE OF CALIFORNIA, ET AL. et al,<br><br>    Defendant.<br>_____ / | Case Number: CV10-04228 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dong Thanh Vo
Post Office Box 24
San Jose, CA 95103

Dated: January 10, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk