**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

DONG THANH VO,

    Plaintiff,

  v.

SUPERIOR COURT STATE OF CALIFORNIA, et al.,

    Defendants.
                                   /

No. C 10-04228 JSW

**ORDER OF DISMISSAL**

On September 22, 2011, the Court denied Plaintiff's request to proceed *in forma pauperis* and noted that the complaint fails to set forth a cognizable claim. Since that date, Plaintiff has not paid any filing fees or amended his complaint to state a cognizable claim. Accordingly, the Court HEREBY DISMISSES this action. A separate judgment shall issue and the Clerk is directed to close the file.

**IT IS SO ORDERED.**

Dated: January 10, 2013

                                              JEFFREY S. WHITE
                                              UNITED STATES DISTRICT JUDGE

UNITED STATES DISTRICT COURT

FOR THE

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DONG THANH VO,<br><br>        Plaintiff,<br><br>  v.<br><br>SUPERIOR COURT STATE OF CALIFORNIA, ET AL. et al,<br><br>        Defendant.<br>_____/ | Case Number: CV10-04228 JSW<br><br>**CERTIFICATE OF SERVICE** |

I, the undersigned, hereby certify that I am an employee in the Office of the Clerk, U.S. District Court, Northern District of California.

That on January 10, 2013, I SERVED a true and correct copy(ies) of the attached, by placing said copy(ies) in a postage paid envelope addressed to the person(s) hereinafter listed, by depositing said envelope in the U.S. Mail, or by placing said copy(ies) into an inter-office delivery receptacle located in the Clerk's office.

Dong Thanh Vo
Post Office Box 24
San Jose, CA 95103

Dated: January 10, 2013

*Jennifer Ottolini*
Richard W. Wieking, Clerk
By: Jennifer Ottolini, Deputy Clerk